**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 298 WAL 2023
                                :
        Respondent              :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
        v.                      :
                                :
                                :
CHARLES A. BELLON,              :
                                :
        Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal, the Application for Counsel, and the "Application for Post Communication" are **DENIED.**